CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 11 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CARDINAL BANKSHARES CORP., ) | |
| ) | Civil Action No. 7:12CV00198 |
| Plaintiff/Counterclaim Defendant ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| HENRY A. LOGUE, ) | By: Glen E. Conrad |
| ) | Chief United States District Judge |
| Defendant/Counterclaimant, ) | |

The court has before it the parties' stipulation of voluntary dismissal filed pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(ii). It is accordingly,

ADJUDGED and ORDERED

that this action shall be, and it hereby is, dismissed with prejudice, and stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 11th day of July, 2012.

/s/ Glen Conrad
CHIEF UNITED STATES DISTRICT JUDGE